UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1704 (JSR) |
| ALASKA ELECTRICAL PENSION FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BOFA SECURITIES, INC., et al., <br><br> Defendants. | 19-cv-1796 (JSR) |
| DEERFIELD BEACH MUNICIPAL FIREFIGHTERS' PENSION TRUST FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1900 (JSR) |

LINCOLNSHIRE POLICE PENSION
FUND,

        Plaintiff,

   -against-

BANK OF AMERICA, N.A., et al.,

        Defendants.

19-cv-2045 (JSR)

JOSEPH M. TORSELLA,

        Plaintiff,

   -against-

BANK OF AMERICA, N.A., et al.,

        Defendants.

19-cv-2438 (JSR)

INTERNATIONAL ASSOCIATION OF
HEAT AND FROST INSULATORS AND
ALLIED WORKERS LOCAL NO. 14
PENSION AND HEALTH AND WELFARE
FUNDS,

        Plaintiff,

   -against-

BANK OF AMERICA, N.A., et al.,

        Defendants.

19-cv-2661 (JSR)

```
DALLAS AREA RAPID TRANSIT
EMPLOYEES' DEFINED BENEFIT
RETIREMENT PLAN AND TRUST, et        19-cv-2715 (JSR)
al.,

          Plaintiffs,

     -against-

BANK OF AMERICA, N.A., et al.,

          Defendants.
```

```
UFCW LOCAL 1776 AND
PARTICIPATING EMPLOYERS
PENSION FUND,                        19-cv-2755 (JSR)

          Plaintiff,

     -against-

BANK OF AMERICA, N.A., et al.,

          Defendants.
```

```
MAYOR AND CITY COUNCIL OF
BALTIMORE,
                                     19-cv-2900 (JSR)
          Plaintiff,

     -against-

BANK OF AMERICA, N.A., et al.,

          Defendants.
```

```
                                     19-cv-1704 (JSR)

IN RE GSE BONDS ANTITRUST            ORDER
LITIGATION
```

JED S. RAKOFF, U.S.D.J.

Pursuant to this Court's approval of the distribution of the net settlement fund, see ECF No. 451 on the consolidated docket 19-cv-1074, the Clerk of the Court is instructed to close the dockets in each of the above-captioned cases.

SO ORDERED.

Dated:    New York, NY

March 2, 2022                          JED S. RAKOFF, U.S.D.J.